## WATKINS et al. v. STATE ex rel. MOTHERSEAD, Bank Com'r.

No. 18264.   Opinion Filed Oct. 9, 1928.

W. Y. Dilley, for plaintiffs in error.

W. C. Lewis, for defendant in error.

RILEY, J.   The plaintiffs in error have filed their brief, but defendant in error is in default. The defendant in error's time to brief was extended 30 days from and after April 3, 1928, which time has long since expired.

The cause is reversed, with directions to dismiss plaintiffs', defendant in error's, petition.

MASON, V. C. J., and HARRISON, PHELPS, HUNT, and CLARK, JJ., concur.